THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMINICK J. CALDERAZZO et al., Appellants, against MUNROE STINER et al., Constituting the Board of

Review of the Town of Mamaroneck, Respondents.— In a proceeding to review assessments on real property situated in the town of Mamaroneck, Westchester County, order dismissing the petition, vacating the order directing the issuance of a writ of certiorari, and quashing the writ, affirmed, with $10 costs and disbursements. Notwithstanding the provisions of section 7-a of the Westchester County Tax Act (L. 1923, ch. 565), the assessor of the Town of Mamaroneck is a necessary party to the proceeding. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See *post*, p. 1046.]